UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
DANIEL R. COLLI,                )
  Plaintiff                     )
                                )
        v.                      )  C.A. No. 10-cv-30029-MAP
                                )
MICHAEL J. ASTRUE,              )
Commissioner of the Social      )
Security Administration,        )
  Defendant                     )
```

## ORDER OF DISMISSAL

July 12, 2010

**PONSOR, D.J.**

This is an action seeking review of the Defendant's decision with regard to Plaintiff's claim for Social Security benefits.  On April 30, 2010, the court issued an order requiring Plaintiff to file a motion to reverse the decision of the Commissioner no later than June 13, 2010.  The Commissioner was given an opportunity to file an opposition to this motion and his own motion to affirm by July 4, 2010.

No motion having been filed by Plaintiff in accordance with the court's Order of April 30. 2010, this case is hereby ordered DISMISSED.  A judgment of dismissal will enter for Defendant and the file may now be closed.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR

                                                                                 **U. S. District Judge**