# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL R. COLLI,                )<br>    Plaintiff(s)              )<br>                                       )<br>        v.                            )<br>                                       )<br>MICHAEL J. ASTRUE, Commissioner )<br>of Social Security Administration, )<br>    Defendant(s)            ) | CIVIL ACTION NO. 3:10-30029-MAP |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

**[ ]**  **Jury Verdict.**  This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**[X]**  **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

**JUDGMENT** of dismissal pursuant to the court's order entered this date, ordering judgment of dismissal for defendant.

**SARAH A. THORNTON**,
CLERK OF COURT

Dated:  July 12, 2010                                    By  /s/ *Maurice G. Lindsay*
                                                                    Maurice G. Lindsay
                                                                    Deputy Clerk

(Civil Judgment of Dismissal (SSA).wpd - 11/98)
       [jgm.]